United States District Court
Southern District of Texas
**ENTERED**
November 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jacob Thomas, et al., | § § § § | |
| PLAINTIFFS | | |
| vs. | § § § § § § | CIVIL ACTION NO. 4:23-cv-01615 |
| Joule Processing, LLC, et al., | | |
| DEFENDANTS | | |

## ORDER GRANTING JOINT STIPULATION

Pending before the Court is the Joint Stipulation of Plaintiffs Jacob Thomas and JTurbo Engineering & Technology, LLC ("Plaintiffs") and Defendants Joule Processing, LLC and Plug Power Inc. ("Defendants"). Having considered the Joint Stipulation, it is hereby **GRANTED**. Therefore, it is hereby **ORDERED**:

The deadline for Defendants to respond to Plaintiffs' Verified Amended Application for Temporary Restraining Order, Preliminary Injunction and Permanent Injunctive Relief (the "Amended Application for Injunctive Relief") (Doc. 36) is hereby **STAYED** until the Court issues an Order on Defendants Joule Processing, LLC and Plug Power Inc.'s Motion to Dismiss Counts 4 through 9 of Plaintiffs' Original Complaint (the "Motion to Dismiss") (Doc. 17).

Further, the deadline for Plaintiffs to reply in support of the Amended Application for Injunctive Relief is hereby **STAYED** until the Court issues an Order on the Motion to Dismiss.

SIGNED this 22nd day of November, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1